**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-7473**
_____

SHAWN JUSTIN BURRIS,

　　　　　　Plaintiff - Appellant,

　　　v.

DET WARE; DET STURKIE; DET TERRY; PTL SCOTT MICHAEL THOMES;
THOMAS EUGENE BENNETT; SGT DARIN COBB,

　　　　　　Defendants – Appellees,

　　　and

NORTH CHARLESTON POLICE DEPARTMENT; ARRESTING  OFFICER, Case
# M610284,

　　　　　　Defendants.

_____

Appeal from the United States District Court for the District of
South Carolina, at Charleston.　R. Bryan Harwell, District
Judge.　(2:13-cv-00699-RBH)

_____

Submitted: April 16, 2015　　　　Decided: April 20, 2015

_____

Before AGEE and KEENAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Shawn Justin Burris, Appellant Pro Se.　Christopher Thomas
Dorsel, Robin Lilley Jackson, Sandra J. Senn, SENN LEGAL, LLC,

Charleston, South Carolina for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shawn Justin Burris appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED